**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**ERIC HARDEN,**
    **Plaintiff,**

**vs.**                                           **Case No. 5:07cv244/RS/MD**

**BAY COUNTY SHERIFF, et al.,**
    **Defendants.**

---

**O R D E R**

This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).

Plaintiff's motion to proceed *in forma pauperis* is deficient. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with account summary attachments. While plaintiff has submitted the required prisoner consent form, he has failed to include a copy of his trust fund account statement reflecting transactions in his account at the institution(s) where he was confined during the **six month period** preceding the filing of his complaint. Plaintiff is reminded that it is his responsibility to obtain the required printout(s) from each institution at which he may have been confined during the past six month period.

Accordingly, it is ORDERED:

1. Plaintiff shall have **thirty (30) days** to correct the deficiency in his *in forma pauperis* application by filing a copy of his trust fund account statement reflecting transactions in his account at the institution(s) where he was confined during the **six month period** prior to the filing of this complaint. In the alternative, plaintiff shall submit the filing fee in the amount of $350.00.

  2. Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

  DONE AND ORDERED this 16th day of October, 2007.

       /s/ *Miles Davis*
       **MILES DAVIS**
       **UNITED STATES MAGISTRATE JUDGE**